# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 20, 2013

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR 72601

      RE: 13-3753 In re: David Stebbins

Dear Mr. Stebbins:

      We have assigned your petition for a writ the case number shown above. Your case will be referred to a panel of judges for review. We will promptly advise you of the Court's ruling.

                                      Michael E. Gans
                                      Clerk of Court

BNS

Enclosure(s)

cc:      Mr. Jim McCormack

        District Court/Agency Case Number(s): 3:12-cv-03022-PKH

**Caption For Case Number:   13-3753**

In re: David Anthony Stebbins

        Petitioner

**Addresses For Case Participants: 13-3753**

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR 72601

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR 72201-0000