# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 30, 2013

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR 72601

RE: 13-3753 In re: David Stebbins

Dear Mr. Stebbins:

Enclosed is a copy of an order entered today in the above case. The mandate is issued forthwith to the Clerk of the United States District Court.

Michael E. Gans
Clerk of Court

SRD

Enclosure(s)

cc: Mr. Jim McCormack

District Court/Agency Case Number(s): 3:12-cv-03022-PKH