# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-3753
_____

In re: David Anthony Stebbins

Petitioner

------

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03022-PKH)

------

**JUDGMENT**

Petition for writ of mandamus has been considered by the court and is denied. Mandate shall issue forthwith.

December 30, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans