# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-3753

In re: David Anthony Stebbins

Petitioner

---

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03022-PKH)

---

**MANDATE**

In accordance with the judgment of 12/30/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 30, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit